

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
T-MOBILE USA, INC.

      Plaintiff,

 -against-

SBC INTERNET SERVICES, INC. d/b/a/ AT&T
INTERNET SERVICES, INC.

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF CASE

**RULE 7.1**
**DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that T-Mobile USA, Inc. has no corporate parents, affiliates, or subsidiaries holding ten percent or more of its stock except as set forth below:

| Entity | Shareholders | Ownership |
| --- | --- | --- |
| *T-Mobile USA, Inc. shareholders with Greater than 10% ownership of ANY Class of Stock* | T-Mobile Global Holding GmbH<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| *T-Mobile Global Holding GmbH shareholders with Greater than 10% ownership of ANY Class of Stock* | T-Mobile International AG<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| *10% or greater shareholder of ANY class of stock of T-Mobile International AG* | Deutsche Telekom AG<br>Friedrich-Ebert-Allee 140<br>D-5311 Bonn, Germany | 100% ownership |
| *10% or greater shareholder of ANY class of stock of Deutsche Telekom AG \** | Federal Republic of Germany (FRG)<br><br>Address for the FRG:<br>% Federal Ministry of Finance<br>Wilhelmstr. 97<br>10117 Berlin<br>PA.: PO Box 272<br>10117 Berlin | Approx. 14.83% ownership |
| **Deutsche Telekom AG is a publicly traded company.** | | |

| | |
|---|---|
| Kreditanstalt fuer Wiederaufbau (KfW), a bank controlled by the German Government | Approx. 16.87% ownership |

Address for KfW:
Palmengartenstrasse 5-9
60325 Frankfurt am Main

Dated: New York, New York
June 5, 2008

PROSKAUER ROSE LLP

By: /s/ Kevin J. Perra
Kevin J. Perra (KP 3723)
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

*Attorney for Plaintiff*