```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D
    June 24, 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
T-MOBILE USA, INC.,

                Plaintiff,

      vs.                                08 CV 5180 -(DAB)

SBC INTERNET SERVICES, INC.              STIPULATION OF
d/b/a AT&T INTERNET SERVICES, INC.      DISMISSAL

                Defendant.
----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between T-Mobile USA, Inc. and

SBC Internet Services, Inc. d./b/a AT&T Internet Services by their undersigned counsel, as follows:

      This action, including all claims and counterclaims, is hereby dismissed in its entirety, with

prejudice and without costs to any party as against any other party.

Dated: June 17, 2008
       New York, New York

PROSKAUER ROSE LLP                   MAYER BROWN LLP

                                                          Agreed to:

_/s/ Kevin J. Perra_                            _/s/ Hector Gonzalez_
Kevin J. Perra                                      Hector Gonzalez
1585 Broadway
New York, New York 10036              1675 Broadway
212-969-3000                                   New York, New York 10019-5820
                                                  212-506-2500
Attorneys for Plaintiff                         Attorneys for Defendant

SO ORDERED:

_/s/ Deborah A. Batts_
U.S.D.J. 6/24/08